IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LORIE JEAN MOON                                                                    PLAINTIFF


            v.                              Civil No. 05-5216


SHERIFF TIM HELDER; DEPUTY
S. FANN; DEPUTY J. JACKSON;
DEPUTY WESTERN; DEPUTY
LYONS; and CPL. SANDERS;                                              DEFENDANTS


**O R D E R**

Defendants have filed a motion for summary judgment (Doc. 26).  To assist plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, Lorie Jean Moon is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **July 26, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 22nd day of June 2007.


                                        /s/ *J. Marschewski*
                                        _____
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LORIE JEAN MOON                                                        PLAINTIFF

                    v.                          Civil No. 05-5216

SHERIFF TIM HELDER; DEPUTY
S. FANN; DEPUTY J. JACKSON;
DEPUTY WESTERN; DEPUTY
LYONS; and CPL. SANDERS;                                              DEFENDANTS


**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  LORIE JEAN MOON

        These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **July 26, 2007.**

        1.  On August 9, 2005, an arrest warrant was issued for your arrest for one count of

second degree forgery.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

        page 3.


_____

_____

_____

_____


-2-

2(A). On August 28, 2005, you were being held in Las Vegas, Nevada.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 4.

_____

_____

_____

_____

(B).  Please state the day you were arrested in Las Vegas.

Answer:

_____

_____

_____

_____

(C).  When did you first learn you were pregnant?

Answer:

_____

_____

_____

_____

3(A).  Did officers of the WCDC pick you up in Las Vegas and transport you back to Arkansas?

Answer:  Yes _____ No _____.

If you answered yes, please state the names of the officers who picked you up and transported you and the date you were picked up and transported.

_____

_____

_____

_____

(B).  You indicate you were only allowed to use the restroom three times during the trip.  Please state how long the trip took and how you believe this harmed you.

Answer:

_____

_____

_____

_____

_____

_____

_____

(C).  Were you given opportunities to get out of the car and eat and drink?

Answer:  Yes _____ No _____.

Explain your answer.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

(D).  On October 15, 2005, Cpl. Walters served an arrest warrant on you for contempt of court, violation of the Arkansas Hot Check Law, and failure to appear.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 6.

_____

_____

_____

_____

(E).  When you reached the Washington County Detention Center (WCDC), you state you were held in a holding tank for two days.  You state you were hardly able to eat or drink because you were left in shackles and handcuffs.  You also indicate the cell was cold and you were not given a blanket or mattress.

If you were in handcuffs and shackles and did not have a blanket, please explain:  (a) how you were able to complete your intake papers; (b) how you were able to submit medical

requests; and (c) why you submitted a grievance requesting an extra blanket at night because

of cramping.  *See Defendants' Exhibit* 2 at pages 4 and 5.  **Please also explain why these**

**medical requests and grievances indicate you were in cell block 2-J.**

_____

_____

_____

_____

_____

_____

_____

_____

4.   Your intake into the Washington County Detention Center on October 15, 2005,

was conducted by Officer Anna Donahue.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

6.

_____

_____

_____

_____

5. On October 15, 2005, you signed the medical release and informed consent for

medical services form authorizing the WCDC to render medical treatment as necessary and

-6-

indicating your understanding that medical treatment must be requested in writing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

6.   The form also stated that you understood that you could be charged for any pre-existing injuries or illnesses and that you would hold Washington County harmless from any pre-existing injuries or illnesses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

7.   You completed a medical intake questionnaire on October 15, 2005, and stated you were two months pregnant, took prenatal vitamins, and were on a vegetarian diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

8. On October 15, 2005, you signed an intake medical insurance information form agreeing to be responsible for any and all medical bills for any injury or illness prior to incarceration at this facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

9. You submitted your first medical request on October 15, 2005.  You stated you were 1 ½ to 3 months pregnant and bleeding clots (spotting).  You stated you needed to go to an OB/GYN.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

10.  Nurse Johnson ordered a pregnancy test and confirmed that you were pregnant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

4.

_____

_____

_____

_____

11(A).   Did you receive any treatment for the bleeding?

Answer:  Yes _____ No _____.

If you answered yes, please state what treatment you received.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain what Nurse Johnson told you.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

    (B).  In your complaint, you allege the nurse told you it was normal to bleed and spot.

In your medical records it indicates you have other children.  Did you believe it was normal

to bleed or spot during pregnancy?

    Answer:  Yes _____ No _____.

    If you answered no, please explain why you did not submit additional medical

requests.

_____

_____

_____

_____

_____

_____

_____

_____

    12.  On October 17, 2005, you submitted a medical request.  You stated you had not

-10-

received your prenatal pills.  You also indicated you were continuing to bleed and spot and had not seen the nurse.  You stated you needed to seen and OB/GYN doctor ASAP.  You asked for an extra blanket due to major cramping at night.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

13.   In response, Nurse Bradley questioned whether a pregnancy test had been done.  She also prescribed prenatal vitamins and put you on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 25

_____

_____

_____

_____

14.  On October 17, 2005, you also stated that you were a vegetarian and that it was your religion.  You noted that you had told them that when you came into the jail.  You stated you did not eat meat.  In response, Nurse Bradley wrote states vegetarian.  Is pregnant.

-11-

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

6.

_____

_____

_____

_____

15.  On October 18, 2005, Nurse Bradley ordered you a vegetarian tray.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

7.

_____

_____

_____

_____

16. On October 19, 2005, you were in court during the doctor call.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

21.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

17.  On October 24, 2005, you complained that a vegetarian tray had been ordered for you but that you had received only one tray.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 9.

_____

_____

_____

_____

18.  Nurse Bradley noted that you were to receive a vegetarian pregnancy diet with a evening or (HS) snack.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 8 and page 9.

_____

_____

_____

_____

19.  You were examined by Dr. Howard on October 26, 2004.  He noted you were pregnant but did not know how far along you were.  He stated that from your examination you appeared to be three to four months along.  He indicated you needed a urine-analysis

-13-

soon.  He also stated your FHT's needed to be checked soon.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page
21.

_____

_____

_____

_____

20.  On November 2, 2005, you asked that your meals be switched back to regular
meals.  You stated that you did not want to eat cold cheese and bread everyday.  You stated
you were sorry to cause problems but your baby and you were not eating right.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page
10.

_____

_____

_____

_____

21.  In response, Nurse Bradley noted that a change would be made for you to receive
a regular diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-14-

10.

_____

_____

_____

_____

22.  On November 3, 2005, Nurse Bradley completed a medical diet order form

asking that the vegetarian diet be discontinued and that you be placed on a regular diet with a

evening or (HS) snack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

11.

_____

_____

_____

_____

23.  On November 5, 2005, you asked for two legal envelopes and some sanitary

napkins.  The on-duty officer responded that you were provided with these items.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

24.  On November 6, 2005, you complained that after your diet was changed back to a regular diet you had not been receiving your evening snack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

25.  On November 7, 2005, Nurse Bradley completed a medical diet order for a pregnancy diet with an evening snack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 12.

_____

_____

_____

_____

26.  On November 7, 8, 12, and 14, you submitted requests for legal envelopes, an indigent package, and addresses.

-16-

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 3 at pages 3, 4, .

_____

_____

_____

_____

27(A). On November 15, 2005, at approximately 15:13 (or 3:13 p.m.) you were transported to Washington Regional Medical Center for bleeding while three to four months pregnant. The transporting officers were Cpl. Walters and A. Schumacher.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 2 at page 13.

_____

_____

_____

_____

(B). You reported vaginal bleeding and low abdominal cramping.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 4 at page 6.

_____

-17-

_____

_____

_____

(C).  You indicated you had been having intermittent bleeding for a month that had

become heavier that day.  You also reported cramping for a couple of weeks that had become

worse that day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

6.

_____

_____

_____

_____

(D).  You stated you had taken a home pregnancy test that was positive.  Based on

your menstrual history, the estimated fetal age was 21 weeks and six days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

6.

_____

_____

_____

_____

-18-

(E).  An ultrasound was performed and no fetal heartbeat was detected.  Upon examination, your uterus was 16-18 week size and you were actively bleeding from your cervix.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 7.

_____

_____

_____

_____

(F).  The ultrasound was interpreted as "fetal demise, 11 wk. IUFD [intrauterine fetal death]."

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 7 and page 15.

_____

_____

_____

_____

(G).  The clinical expectation was for eighteen weeks, four days.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 8

-19-

and page 15.

_____

_____

_____

_____

(H).  You were discharged at approximately 18:08 (5:08) with orders to follow up with Dr. Bradford the following morning.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 13.

_____

_____

_____

_____

28.  You were to return to the hospital the following day for a dilation and curettage (D&C).  You were released from the hospital to the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 13.

_____

_____

_____

-20-

29. On November 15, 2005, Judge Gunn issued a felony citation for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

7.

_____

_____

_____

_____

30(A).  Officer Lunsford completed your release paperwork checklist on November

15, 2005, at 9:30 p.m. and you were released from the WCDC on the felony citation signed

by Judge Gunn.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages

8-9.

_____

_____

_____

_____

(B).  The admission papers for Washington Regional show that you were admitted to

the emergency room at 21:02 or 9:02 p.m.  When you were re-admitted to the hospital the

admission papers show you were escorted there by the police.  Were your release papers

-21-

completed after you were admitted to the hospital?

      Answer:  Yes _____ No _____.

      Please explain your answer.

_____

_____

_____

_____

_____

_____

_____

      (C).  You returned to the hospital because your bleeding and cramping had gotten

worse.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

      13.

_____

_____

_____

_____

      (D).  Dr. Bradford decided to go ahead with the surgery.  He concluded your uterus

was twelve weeks in size and you had undergone an incomplete abortion.  He recommended

a suction dilation and curettage.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

24.

_____

_____

_____

_____

(E).  You were discharged on November 16, 2005, with a prescription for Darvocet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

65.

_____

_____

_____

_____

31.  Dr. Bradford stated you had a miscarriage that occurred because the fetus did not

develop normally.  Dr. Bradford indicated there was nothing you did to cause it and nothing

you could have done to prevent it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-23-

_____

_____

_____

32.  By history, you should have been eighteen weeks pregnant on November 15, 2005.  Thus, according to the findings of the ultrasound, your baby died at eleven weeks which was before you were in the custody of the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

33(A).  You submitted requests to see a doctor because of bleeding and spotting on October 15 and October 17th.  Please state when you first started bleeding and spotting.

Answer:

_____

_____

_____

_____

(B).  Although you submitted a number of other requests regarding your diet etc., after October 17th, you didn't mention the bleeding or cramping again until November 15th.  Did the bleeding and cramping stop?

-24-

Answer:  Yes _____  No _____.

If you answered no, explain why you submitted no additional medical requests.

_____

_____

_____

_____

_____

_____

_____

_____

34.  Please explain how you believe each of the named defendants violated your

federal constitutional rights.

Sheriff Tim Helder:

_____

_____

_____

_____

_____

_____

_____

_____

_____

-25-

Deputy S. Fann:

Deputy S. Jackson:

-26-

_____

_____

_____

_____

_____

_____

_____

_____

Deputy Western:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Deputy Lyons:

_____

AO72A
(Rev. 8/82)

Cpl. Sanders:

AO72A
(Rev. 8/82)

_____

_____

35.  On November 16, 2005, you were booked into the WCDC on failure to appear

charges and because Judge Gunn revoked your bond.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

10.

_____

_____

_____

_____

36.  Judge Gunn signed an order on November 16, 2005, finding that you had violated

the conditions of your bond and revoking your bond.  A court date was set for December 14,

2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

11.

_____

_____

_____

_____

37.  You completed and signed a medical intake form on November 16, 2005, stating

-29-

that you had a miscarriage on November 15, 2005, and had a prescription for Demerol.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 14.

_____

_____

_____

_____

38.  On November 16, 2005, you signed a consent for medical services holding WCDC harmless from any pre-existing injuries or illnesses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 15.

_____

_____

_____

_____

39.  You requested your property on November 17, 2005 and asked to be moved in order to be with your friends afer losing your baby.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

-30-

_____

_____

_____

_____

40.  Cpl. Sanders responded that your property would be returned but you would have to stay in the block you were in.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

41.  On November 17, 2005, you submitted a request asking that Judge Gunn be contacted to see if your cases could be put together.  You asked why the felony citation was taken away after your miscarriage and surgery.  You stated you had to stay the night after your surgery because you were groggy after the anesthesia.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 8.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

42.  Cpl. Sanders responded that Judge Gunn revoked the citation and you would need

to speak to your attorney for more information.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

8.

_____

_____

_____

_____

43. You were seen by Nurse Bradley on November 18, 2005, who noted you were

very upset due to the miscarriage.  Dr. Howard prescribed Xanax, twice a day for three days.

You were put on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

22.

_____

_____

_____

_____

44.  On November 19, 2005, you were involved in an incident involving physical

-32-

force.  You got into a fight with detainees Claudia Reynolds, Tiffany Byers, and Marline Hernandez.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page 1.

_____

_____

_____

_____

45.  Deputy Fann and Deputy Jackson decided to move you and place you on a 72 hour lockdown for fighting and for your own safety.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page 1.

_____

_____

_____

_____

46.  You cussed at Jackson the whole time and kicked the door as Jackson began shutting the door.  He opened the door to speak to you and you lunged toward him and swung your arm towards his face.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

1.

_____

_____

_____

_____

47.  Jackson and Fann placed your hands behind your back and after you quit resisting

and calmed down you apologized.  You were placed on lock-down for ten days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

1.

_____

_____

_____

_____

48.  You submitted a request on November 20, 2005, asking for reconsideration of

your lock-down status and stated you were not coherent since you had just had emergency

surgery and were heavily sedated at the time of the altercation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

10.

_____

-34-

_____

_____

_____

49.  In response, you were told that your surgery was on November 15th not on November 19th and that you still had to be accountable for your actions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

50.  You apologized for your actions again on November 22, 2005, and stated you were not used to medication.  You asked to be released to regular population.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

51. In response, you were told that you would not be released until November 29,

2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to the Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

_____

52.  You were seen by Dr. Howard on November 22, 2005.  He prescribed Xanax for two weeks.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 22.

_____

_____

_____

_____

53.  You received the Xanax.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 24-35.

-36-

_____

_____

_____

_____

54.  On  December 1, 2, and 3, you requested and received legal paper and envelopes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 14, 15 and 16.

_____

_____

_____

_____

55.  On December 6, 2005, you requested a refill of your Xanax.  You also asked for a non-wool blanket and you stated your rash had gotten worse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 17.

_____

_____

_____

_____

56.  You were given a cotton blanket because of your rash and placed on the list to see

-37-

the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

17.

_____

_____

_____

_____

57.  On December 7, 2005, you were seen by Dr. Howard.  He noted you wanted more

Xanax.  He okayed the Xanax if your family covered the cost and diagnosed you with

anxiety.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

22.

_____

_____

_____

_____

58.  You requested legal envelopes and paper on December 10, 19, 23, 2005, and

January 3, 4, 10, 16, 21, and February 1, 2006.  You were provided with envelopes and paper

each time you requested them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-38-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 17, 18, 19, 20, 21, 22, 23, 24, and 25.

_____

_____

_____

_____

59.  On December 18, 2005, you stated you needed an appointment with Ozark Guidance Center (OGC) for them to screen you for medication.  You stated you were a victim of bad physical abuse and were having nightmares.  You indicated you needed the medication to help you cope with not being able to sleep, the bad dreams, the shakes, vomiting caused by nerves, and the loss of a child.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 18.

_____

_____

_____

_____

60. Nurse Bradley advised you to have your attorney get a court order for an evaluation at OGC.  She also put you on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-39-

18.

_____

_____

_____

_____

61(A).  You were examined by the doctor on December 28, 2005, for anxiety and

migraines.  The doctor noted possible drug seeking behavior and prescribed amitriptyline for

two weeks.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

22.

_____

_____

_____

_____

(B).  You received the amitriptyline.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

25-35.

_____

_____

_____

-40-

_____

62.  On February 1, 2006, you submitted a medical request stating you had a bad yeast discharge and were itching.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 19.

_____

_____

_____

_____

63.  You were put on the list to see the doctor.  You complained you had a discharge every since you had a D&C done following your miscarriage.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 19.

_____

_____

_____

_____

64.  You were seen by Dr. Howard that day and prescribed Provera.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-41-

23.

_____

_____

_____

_____

65.  You received the Provera.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

66.  On February 11, 16, and March 10, 2006, you requested and received legal

envelopes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

26, 27, and 28.

_____

_____

_____

_____

67. On March 19, 2006, Deputy Tina Donahue found you sitting on another detainees'

-42-

bunk waving at the men in C-block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

2.

_____

_____

_____

_____

68.  You were also lifting your shirt and flashing the men.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

2.

_____

_____

_____

_____

69.  You were moved to G-block, cell 23, and placed on lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

2.

_____

_____

-43-

_____

_____

70.  On March 28, 2006, your personal property was released to Samantha McCormack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page 12.

_____

_____

_____

_____

71.  On April 7, 2006, you were sentenced to 72 months for non-support, 120 months for second degree felony forgery, 120 months for violation of the Arkansas Hot Check Law, and 120 months for failure to appear.  You were ordered to pay $10,412 in restitution and $8,950 in child support.  The sheriff was ordered to transport you to the Arkansas Department of Correction.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at pages 13-16.

_____

_____

_____

-44-

_____

72.  On April 10, 2006, you requested legal envelopes and they were provided to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page

29.

_____

_____

_____

_____

73.  You requested an application for an ankle monitor and the application was given

to you on April 14, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page

30.

_____

_____

_____

_____

74.  You requested an ankle monitor again on April 29, 2006, and Officer Mason

informed you that you were not eligible.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page

-45-

31.

_____

_____

_____

_____

75.   On May 6, 2006, you asked to speak to Lt. Livermore regarding your daughter's

case and an ankle monitor.  Cpl. Roy responded:  "If you do qualify for the ankle monitor,

you will be told if you do not.  There is no one to talk to about it."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page

32.

_____

_____

_____

_____

76.   On May 24, 2006, you asked to be moved due to backstabbing childish drama.

Officer Kern responded that was the only block they had for your right now.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page

33.

_____

_____

-46-

_____

_____

77.  On June 2, 2006, the release checklist was completed, your property was received

by you from the sheriff's department, and you were released to the ADC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page

18.

_____

_____

_____

_____

78.  During your incarceration at the WCDC, you received prenatal vitamins, Xanax,

Darvocet, Alprazolam, Amitriptyline, and Provera.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at pages

24-35.

_____

_____

_____

_____

79.  At your ADC intake physical conducted on June 2, 2006, you stated you had

three pregnancies and three live births.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 6 at page

7.

_____

_____

_____

_____

80.  To the question:  "Have you ever had a female disorder which required medical

or surgical treatment?"  You responded:  "No."

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 6 at page

7.

_____

_____

_____

_____

81.  Your ADC medical requests were for acne, dandruff shampoo, tums for

heartburn, Tylenol for headaches, needing a tooth filled, needing your teeth cleaned, a rash on

your face, and a lump in your arm.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 6 at pages

11-25, 45, 47, and 49.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

Detail below any further response you would like to make to the motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

-50-

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2007.


                    _____
                    LORIE JEAN MOON

AO72A
(Rev. 8/82)